```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMARA STARSHINOVA MARINA
VASILYANSKAYA, and RAFAIL TZENTZIPER,
                             Plaintiff,                      11 **CIVIL** 9498 (KMW)

               -against-                              **JUDGMENT**

OLEG BATRATCHENKO, et al.,
                            Defendants.
------------------------------------------------------------X

      Defendants Oleg Batratchenko ("Batratchenko"); Thor United Corp. (USA); Thor United Corp (Nevis); Thor Asset Management, Inc.; Thor Opti-Max, LLC; Thor Real Estate Management, LLC; Thor Capital, LLC; Thor Futures, LLC; Thor Opti-Max Fund, Ltd.; Thor Guarant Real Estate Fund, Ltd. (BVI); Thor Real Estate Master Fund, Ltd. (BVI); Thor Realty Holdings, LLC; Optima Investment Holdings, Ltd.; and Thor Guarant, LLC (the "Thor Entities" and, collectively with Batratchenko, "Defendants") having moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)2, and 12(b)(6), and the matter having come before the Honorable Kimba M. Wood, United States District Judge, and the Court, on March 15, 2013, having rendered its Opinion and Order granting defendants' motion to dismiss Plaintiffs' Amended Complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 15, 2013, Defendants' motion to dismiss Plaintiffs' Amended Complaint is granted. Any pending motions are moot.

**Dated:** New York, New York
           March 18, 2013

                                                      **RUBY J. KRAJICK**
                                                          Clerk of Court
                                   BY:
                                                             Deputy Clerk

                                                   **THIS DOCUMENT WAS ENTERED**
                                                   **ON THE DOCKET ON** _____